FILED
2026 JUN 1 AM 11:04
CLERK
U.S. DISTRICT COURT

MELISSA HOLYOAK, United States Attorney (#9832)
BRYAN REEVES, Assistant United States Attorney (DC #99479)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682 • Facsimile: (801) 524-3399

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | <u>MISDEMEANOR INFORMATION</u> |
| Plaintiff, | : | |
| | | VIO. 8 U.S.C. § 1325(a)(2) |
| vs. | : | |
| | | (ELUDING EXAMINATION OR INSPECTION BY IMMIGRATION OFFICERS) |
| JUAN ZUNIGA-CHAVEZ, | : | |
| Defendant. | : | |

Case: 2:26–po–00354
Assigned To : Romero, Cecilia M.
Assign. Date : 6/1/2026
Description: USA v Zuniga–Chavez

The United States Attorney charges:

COUNT I

That the defendant herein,

JUAN ZUNIGA-CHAVEZ,

an alien, between on or after February 26, 2016, until May 28, 2026, did knowingly elude examination and inspection by immigration officers until his apprehension on or

about May 28, 2026, by immigration officers in the District of Utah, all in violation of Title 8, United States Code, Section 1325(a)(2).

DATED this 1st day of June, 2026.

MELISSA HOLYOAK
United States Attorney

For: ______________________________
BRYAN REEVES
Assistant United States Attorney